**THE LAW OFFICES OF**
**JIBRAEL S. HINDI**
Gerald D. Lane Jr. (SBN 352470)
1515 NE 26th Street
Wilton Manors, Florida 33305
Telephone: (754) 444-7539
gerald@jibraellaw.com

*Attorney for Plaintiff Manuel Q. Juarez*

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL Q. JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO'S IP HOLDER LLC,<br><br>Defendant, | Case No. 2:25−CV−10998−AB−MBK<br><br>*Hon. Andre Birotte Jr.*<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>**Hearing:**<br>Date:    N/A<br>Time:    N/A<br>Location: Courtroom 7B<br><br><br>Complaint: November 17, 2025<br>Trial Date:    N/A |

*NOTICE OF DISMISSAL WITH PREJUDICE*

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff MANUEL Q. JAUREZ hereby dismisses the above-captioned action, **with prejudice**. As grounds therefor, Plaintiff states that Defendant DOMINO'S IP HOLDER LLC has not served an answer or a motion for summary judgment, and a notice of dismissal with prejudice is permissible pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DATED: January 14, 2026          **THE LAW OFFICES OF JIBRAEL S. HINDI**

By: Gerald D. Lane Jr. _____
Gerald D. Lane Jr.

*Attorney for Plaintiff Manuel Q. Jaurez*

1

*NOTICE OF DISMISSAL WITH PREJUDICE*